HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOHN HORTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HORTON,<br><br>Defendant. | Case No. 1:15-cr-00333-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER**<br><br>Date:   February 25, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Mark McKeon, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for John Horton, that the sentencing hearing currently scheduled for February 25, 2022, at 9:00 a.m. may be continued to March 11, 2022, at 9:00 a.m.

Defense counsel requests this continuance because she requires additional time to prepare for the hearing. Specifically, defense counsel is still investigating the status of a pending state case referenced in the Petition. The government and Probation Officer Miriam Olea have no objection to the proposed two-week continuance.

Accordingly, the parties hereby stipulate that the Court may continue the sentencing hearing to March 11, 2022, at 9:00 a.m.

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 16, 2022

*/s/ Mark McKeon*
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 16, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOHN HORTON

**O R D E R**

IT IS SO ORDERED.

Dated:  **February 17, 2022**

UNITED STATES DISTRICT JUDGE